UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



DONNA JONES AND
ANGELA BLANCHARD

VERSUS

SHAYNE BUSH AND
CABELA'S RETAIL LA, L.L.C

CIVIL ACTION

NO. 08-843-C

### RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated May 15, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiffs' motion to remand (rec.doc. 3) will be granted and this matter will be remanded to the 23rd Judicial District Court, parish of Ascension, State of Louisiana. Further, plaintiffs' request for attorneys' fees is denied.

Baton Rouge, Louisiana, June 29, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA